IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DARRLY JAMES EL,
        Petitioner,
    v.                                         **Judgment in a Civil Case**
ERIC HOLDER; J. MINER,
        Respondents.                 Case Number: 5:11-HC-2141-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, United States District Judge, for an initial review under 28 U.S.C. § 2243.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

<u>This Judgment Filed and Entered on September 26, 2011, with service on:</u>
Darryl James El 23642-016, Rivers Correctional Institution, P.O. Box 630, Winton, NC 27986 (via U.S. Mail)

September 26, 2011                                                       /s/ Dennis P. Iavarone
                                                                         Clerk